IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br><br>SIDESOLVE LLC<br>   429 S 22ND ST.<br>   SAN JOSE, CA 95116<br><br>      Plaintiff-Relator,<br><br>v.<br><br>THE CENTER FOR IMMIGRATION STUDIES<br>   1629 K STREET NW, SUITE 600<br>   WASHINGTON DC, 20006<br><br>      Defendant. | Case: 1:23−cv−03075 JURY DEMAND<br>Assigned To : Nichols, Carl J.<br>Assign. Date : 10/6/2023<br>Description: Gen. Civil (E−DECK)<br><br>Case No. _____<br><u>Jury Trial Demanded</u><br>FILED UNDER SEAL |

## **COMPLAINT**

1. Relator Sidesolve LLC brings this action on behalf of itself and the United States of America against Defendant Center for Immigration Studies for violations of the federal False Claims Act, 31 U.S.C. §§ 3729 *et seq*.

2. This action seeks to recover funds that were loaned to Defendant through the federal Government's Paycheck Protection Program ("PPP") and forgiven as a result of false applications.

3. Sidesolve LLC is a company that uses data to investigate large-scale corporate fraud. Its goal is to use the technology it is developing to protect individuals on private healthcare plans. It is currently developing its technology using public databases. It uses computational statistics to match entities across multiple resources such as databases, social media, corporate filings, and other sources. From this broader picture, it finds fraud leads, which it follows up with a more traditional manual investigation. In sum, Sidesolve LLC uses its expertise and proprietary technology to both collect the scattered pieces of the fraud puzzle and also to put them together

RECEIVED
OCT - 6 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

into a complete picture of the alleged fraud.

4. While searching for potential PPP loan fraud in data released by the SBA, Sidesolve came across Defendant Center for Immigration Studies, a think tank that had applied for a PPP loan of $366,160. The loan was forgiven in its entirety, plus interest.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this action pursuant to 31 U.S.C. § 3732(a) and 28 U.S.C. §§ 1331, 1345.

6. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 31 U.S.C. § 3732(a), as Defendant transacts business in this jurisdiction and violations of the False Claims Act described herein occurred in this district.

## THE PAYCHECK PROTECTION PROGRAM

7. During the COVID-19 pandemic, Congress passed the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"). Section 1102 of the CARES Act contains a program called the Paycheck Protection Program, a program administered by the U.S. Small Business Administration ("SBA") to provide economic relief to small businesses nationwide adversely impacted by the coronavirus pandemic.

8. Section 1102 of the CARES Act temporarily permitted SBA to guarantee 100% of the PPP loans. Section 1106 of the CARES Act provided for forgiveness of up to the full principal amount of qualifying loans guaranteed under the PPP.

9. The CARES Act gives lenders delegated authority to process loan applications for PPP funding. SBA allowed lenders to rely on certifications of the borrowers in order to determine eligibility of the borrower and use of loan proceeds, and to rely on specified documents provided by the borrower to determine qualifying loan amount, and eligibility for loan forgiveness.

10.     The Economic Aid Act (P.L. 116-260, in the Consolidated Appropriations Act of 2021), authorized and funded a Second Draw PPP Loan program.

11.     For Second Draw PPP Loans, lenders were compensated by the federal government via processing fees based on the balance of the financing outstanding at the time of final disbursement, in the amount of five (5) percent for loans of more than $50,000 and not more than $350,000, and in the amount of three (3) percent for loans above $350,000.

12.     Each borrower certified on the Second Draw loan applications that they were eligible to receive the loans under the program guidelines and that their applications and supporting documentation were accurate.

13.     Borrowers were able to seek forgiveness of the loan if the funds were used for eligible payroll costs, payments on business mortgage interest payments, rent, or utilities.

## PPP REGULATIONS FOR THINK TANKS

14.     The SBA opened applications for Second Draw PPP Loans on January 15, 2021.

15.     Paragraph 7(a)(37)(A)(iv)(III)(bb) of the Small Business Act, added by the Economic Aid Act (P.L. 116-260, in the Consolidated Appropriations Act of 2021), which authorized and funded the Second Draw program, excluded from eligibility:

> any business concern or entity primarily engaged in political or lobbying activities, which shall include any entity that is organized for research or for engaging in advocacy in areas such as public policy or political strategy or otherwise describes itself as a think tank in any public documents.

(This definition shall hereinafter be referred to generally as "Think Tanks.")

16.     The Interim Final Rule for the Second Draw Loans, effective January 12, 2021 and published January 14, 2021, thrice indicated that Think Tanks were not eligible for Second Draw Loans: Section C. Excluded Entities (86 FR 3715) (describing Think Tanks as a "prohibited borrower"); IV(e) Who is not eligible for a Second Draw PPP Loan? (86 FR 3718-19); and

IV(g)(3)(ii)(E) (86 FR 3721) (requiring certification that applicant is not a Think Tank).

17. Accordingly, every version of the Second Draw Borrower Application Form, starting January 8, 2021, required that "The authorized representative of the Applicant must certify in good faith to all of the below by initialing next to each one" that "The Applicant is not a business concern or entity primarily engaged in political or lobbying activities, including any entity that is organized for research or for engaging in advocacy in areas such as public policy or political strategy or otherwise describes itself as a think tank in any public documents."

18. Defendants could not have obtained a Second Draw PPP Loan without knowingly making this false certification.

19. Congress expressly determined that Think Tanks should be excluded from the Second Draw PPP Loans. Accordingly, the defendant should be required to repay its individual loan forgiveness and processing fees, plus penalties.

## PARTIES

20. Relator Sidesolve LLC is a company that uses data to investigate scaled corporate fraud.

21. Defendant The Center for Immigration Studies ("CIS") is a registered non-profit organization under the IRS code section 501(c)(3). It has a principal office address of 1629 K Street NW, Suite 600, Washington, DC 20006.

## FACTUAL ALLEGATIONS

22. On April 14, 2021, CIS was approved for a Second Draw PPP loan in the amount of $366,160 by United Bank. The amount forgiven was $371,205.

23. For its Second Draw PPP loan, CIS listed NAICS code 541720 (research and development in the social sciences and humanities) on its application. However, for its First Draw PPP loan, CIS listed NAICS code 541820 (public relations agencies) on its application.

24. Each page of CIS's website states the following in the footer: "The Center for Immigration Studies is an independent, non-partisan, non-profit research organization founded in 1985. It is the nation's only think tank devoted exclusively to research and policy analysis of the economic, social, demographic, fiscal, and other impacts of immigration on the United States."

25. Similarly, its "Who We Are" page says:

> The Center for Immigration Studies is an independent, non-partisan, non-profit, research organization. Since our founding in 1985 by Otis Graham Jr., we have pursued a single mission – providing immigration policymakers, the academic community, news media, and concerned citizens with reliable information about the social, economic, environmental, security, and fiscal consequences of legal and illegal immigration into the United States. Our staff has testified before Congress over 140 times.
>
> We are the nation's only think tank devoted exclusively to the research of U.S. immigration policy to inform policymakers and the public about immigration's far-reaching impact. The Center is animated by a unique pro-immigrant, low-immigration vision which seeks fewer immigrants but a warmer welcome for those admitted.

26. CIS has also posted a YouTube video saying the same, that "The Center for Immigration Studies is the only think tank devoted exclusively to making the case for tighter immigration policies."[1]

27. The video goes on to discuss CIS's work examining the consequences of immigration by "crunching numbers, providing analysis, and preparing recommendations." The video also touts CIS's "significant footprint in the Washington policy debate," including regular conferrals with Senators and Congressmen.

28. CIS's Form 990 states that the organization's mission is "research and publication of immigration issues." It lists only a single program service: "publications and research" ($2.6M in

---

[1] https://youtu.be/tpdKq7BbDf8?si=VvKkS8qgty7VTuvS

expenses) – "the research, writing, and dissemination of articles, books, monographs, and brochures dealing with immigration issues from a scholarly or expert perspective."

29. CIS is a prototypical Think Tank, serving no purpose except to publish research regarding and advocate for its views on immigration policy. CIS was not eligible for a Second Draw PPP Loan.

**COUNT I**
**VIOLATIONS OF 31 U.S.C. § 3729**
**FALSE CLAIMS ACT**

30. Relator hereby incorporates and realleges herein all other paragraphs as if fully set forth herein.

31. As set forth above, Defendant knowingly presented or caused to be presented false or fraudulent claims for payment or approval, in violation of 31 U.S.C. § 3729(a)(1)(A).

32. As set forth above, Defendant knowingly made, used, or caused to be made or used, false records or statements material to false claims, in violation of the False Claims Act, 31 U.S.C. § 3729(a)(1)(B).

33. Due to Defendant's conduct, the United States Government has suffered substantial monetary damages and is entitled to recover treble damages and a civil penalty for each false claim. 31 U.S.C. § 3729.

34. Relator is entitled to reasonable attorneys' fees, costs, and expenses. 31 U.S.C. § 3730(d)(1).

**PRAYER FOR RELIEF**

WHEREFORE, Relator prays for judgment against Defendant:

(a) awarding the United States treble damages sustained by it for each of the false claims;

(b) awarding the United States the maximum civil penalty for each of the false claims, records, statements, and unlawful acts;

(c) awarding Relator the maximum share of the proceeds of this action and any alternate remedy or the settlement of any such claim;

(d) awarding Relator litigation costs, expenses, and reasonable attorneys' fees;

(e) granting such other relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Relator hereby respectfully demands trial by jury on all issues and counts triable as of right before a jury.

Respectfully submitted,

Nathan M. Peak
District of Columbia Bar No. 978215
**BRACKER & MARCUS LLC**
3355 Lenox Road, Suite 660
Atlanta, GA 30326
Tel. (770) 988-5035
Fax (678) 648-5544
Nathan@FCAcounsel.com